**Order entered April 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01241-CV

### JON EVANS, Appellant

### V.

### LAURA MARTINEZ, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04781-D**

## ORDER

Before the Court is appellant's April 3, 2019 motion for extension of time to file his brief based on medical reasons. We **GRANT** the motion and **ORDER** appellant to file his brief no later than April 19, 2019.

/s/     ERIN A. NOWELL
        JUSTICE